| AO 10 Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) CONRAD, GLEN E. | 2. Court or Organization US DISTRICT COURT | 3. Date of Report 05/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) CHIEF US DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

7. Chambers or Office Address

210 FRANKLIN RD - ROOM 206
P O BOX 2822
ROANOKE, VA 24001

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Virginia Retirement System - retirement plan |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia CLE | November 30, 2015 | Roanoke, VA | participation in Virginia CLE program | meal/dinner |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House 2 Lots Pulaski Co., VA (see Part VIII) | | None | M | Q | | | | | |
| 2. House (40% int.) Dare County, NC (see Part VIII) | | None | N | Q | | | | | |
| 3. Stamp collection | | None | L | W | | | | | |
| 4. Coin collection | | None | J | W | | | | | |
| 5. Abbott Laboratories CS | A | Dividend | K | T | | | | | |
| 6. Abbvie CS | A | Dividend | K | T | | | | | |
| 7. Accenture PLC (X) | A | Dividend | J | T | | | | | |
| 8. Allergan PLC (formerly Actavis PLC) CS (See Section VIII) | A | Dividend | L | T | | | | | |
| 9. Advance Auto Parts, Inc. CS | A | Dividend | | | Sold | 12/14/15 | K | | |
| 10. Alcoa Inc. (X) | A | Dividend | J | T | | | | | |
| 11. Amazon.com Inc. (X) | A | Dividend | J | T | | | | | |
| 12. American Airlines Group Inc. (X) | A | Dividend | J | T | | | | | |
| 13. American Electric Power CS | B | Dividend | K | T | | | | | |
| 14. American Funds AMCAP (X) | A | Dividend | J | T | | | | | |
| 15. American Tower Corp. (X) | A | Dividend | J | T | | | | | |
| 16. Amerisource Bergen Corp. CS | A | Dividend | | | Sold | 08/05/15 | K | D | |
| 17. Amgen Inc. (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Anheuser-Busch InBev (X) | A | Dividend | J | T | | | | | |
| 19.   Anthem Inc. (X) | A | Dividend | J | T | | | | | |
| 20.   A O Smith CS | A | Dividend | | | Buy | 03/04/15 | J | | |
| 21. | | | | | Sold | 08/17/15 | J | A | |
| 22.   Apple, Inc. CS | A | Dividend | L | T | | | | | |
| 23.   AT&T Corp. CS | B | Dividend | K | T | | | | | |
| 24.   Bank America Corp. CS | A | Dividend | | | Sold | 03/04/15 | J | | |
| 25.   Baxter International Inc CS | A | Dividend | | | Sold (part) | 02/03/15 | J | | |
| 26. | | | | | Sold | 09/14/15 | J | | |
| 27.   Berkshire Hathaway Inc. (X) | A | Dividend | J | T | | | | | |
| 28.   Blackrock Inc. CS | A | Dividend | | | Sold | 07/15/15 | J | A | |
| 29.   Boeing Company CS | A | Dividend | K | T | Buy | 02/11/15 | K | | |
| 30.   Boulder Growth & Income Fund, Inc. Mutual Fund (See Part VIII) | B | Dividend | K | T | Open | 03/20/15 | K | | |
| 31.   Brookfield Asset Mgmt Inc. (X) | A | Dividend | J | T | | | | | |
| 32.   Bristol Myers Squibb Co. CS | A | Dividend | K | T | | | | | |
| 33.   Capital One Financial Corp. CS | A | Dividend | K | T | Buy | 06/01/15 | K | | |
| 34.   Carmax, Inc. (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Celgene Corp. (X) | A | Dividend | J | T | | | | | |
| 36. Century Link CS | A | Dividend | K | T | | | | | |
| 37. Chubb Corp. CS | A | Dividend | K | T | | | | | |
| 38. Cisco Systems Inc. (X) | A | Dividend | J | T | | | | | |
| 39. Citigroup Inc. (X) | A | Dividend | J | T | | | | | |
| 40. CME Group, Inc. (X) | A | Dividend | J | T | | | | | |
| 41. Comcast Corp. CS | A | Dividend | J | T | | | | | |
| 42. Conoco Phillips Corp. CS | C | Dividend | L | T | Buy (add'l) | 01/13/15 | K | | |
| 43. Consolidated Edison, Inc. CS | A | Dividend | K | T | | | | | |
| 44. CSX Corp. CS | A | Dividend | K | T | | | | | |
| 45. Chevron Texaco Corp. CS | D | Dividend | L | T | | | | | |
| 46. Cummins Inc. (X) | A | Dividend | J | T | | | | | |
| 47. Danaher Corp. (X) | A | Dividend | J | T | | | | | |
| 48. Diamond Hill Large Cap. (X) | A | Dividend | J | T | | | | | |
| 49. Dineequity Inc. CS | A | Dividend | | | Sold | 05/18/15 | J | A | |
| 50. Dish Network Corp. (X) | A | Dividend | J | T | | | | | |
| 51. Disney Walt Co., CS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dodge & Cox Intl. Stock (X) | A | Dividend | J | T | | | | | |
| 53. Dominion Resources CS | A | Dividend | J | T | | | | | |
| 54. Duke Energy Corp. CS | A | Dividend | J | T | | | | | |
| 55. Express Scripts CS | A | Dividend | J | T | | | | | |
| 56. Exxon Mobile Corp. (X) | A | Dividend | J | T | | | | | |
| 57. Facebook, Inc. CS | A | Dividend | K | T | Buy (add'l) | 06/24/15 | J | | |
| 58. Fairpoint CS | A | Dividend | J | T | | | | | |
| 59. First Opportunity Fund (mutual fund) (See Part VIII) | B | Dividend | | | Closed | 03/20/15 | K | | |
| 60. Fleetcor Technologies Inc CS | A | Dividend | K | T | | | | | |
| 61. Wilmington Funds Municipal Bond Fund Class A | B | Dividend | | | Redeemed | 08/17/15 | M | | |
| 62. Wilmington Funds Municipal Bond Fund Class A (See Part VIII) | B | Dividend | | | Redeemed | 12/15/15 | L | | |
| 63. FMI Int'l (X) | A | Dividend | J | T | | | | | |
| 64. FMI Large Cap (X) | A | Dividend | J | T | | | | | |
| 65. Foot Locker, Inc. CS | A | Dividend | | | Buy | 04/01/15 | J | | |
| 66. | | | | | Sold | 12/07/15 | J | A | |
| 67. Franklin VA Tax Free Income Fund | B | Dividend | M | T | | | | | |
| 68. Frontier Communications CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fulton County, GA Dev. Auth. Rev RFDG Robert Woodruff ARts Ctr. Bond | A | Interest | L | T | Buy | 12/30/15 | L | | |
| 70. General Motors Co. (X) | A | Dividend | J | T | | | | | |
| 71. Glaxo Smithkline CS | B | Dividend | K | T | | | | | |
| 72. Alphabet, Inc. (formerly Google) CS (See Part VIII) | A | Dividend | K | T | | | | | |
| 73. Halozyme Therapeutic CS | A | Dividend | L | T | | | | | |
| 74. Harman Intl Inds Inc. CS | A | Dividend | | | Buy | 05/13/15 | J | | |
| 75. | | | | | Sold | 08/26/15 | J | | |
| 76. HCP, Inc. CS | A | Dividend | | | Buy | 01/12/15 | K | | |
| 77. | | | | | Sold | 12/04/15 | J | | |
| 78. Hershey Company (X) | A | Dividend | J | T | | | | | |
| 79. Home Depot, Inc. | A | Dividend | J | T | | | | | |
| 80. Hospira CS | A | Dividend | J | T | | | | | |
| 81. IShares TR Russell 2000 EFT | A | Dividend | K | T | | | | | |
| 82. Intel Corp. CS | A | Dividend | J | T | | | | | |
| 83. Intrexon Corp. CS | A | Dividend | L | T | | | | | |
| 84. Johnson & Johnson (X) | A | Dividend | J | T | | | | | |
| 85. JPMorgan Chase & Co. (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Kroger Co. | A | Dividend | L | T | Buy | 12/14/15 | K | | |
| 87. Liberty Broadband Corp. (X) | A | Dividend | J | T | | | | | |
| 88. Liberty Media Corp. (X) | A | Dividend | J | T | | | | | |
| 89. Lockheed Martin Corp. CS | A | Dividend | K | T | | | | | |
| 90. Magna International Inc CS | A | Dividend | | | Sold | 02/11/15 | K | A | |
| 91. Manhattan Assoc. Inc. CS | A | Dividend | J | T | | | | | |
| 92. Marathon Petroleum Corp. CS | A | Dividend | J | T | Buy | 07/20/15 | J | | |
| 93. Markel Corp. (X) | A | Dividend | J | T | | | | | |
| 94. Merck & Co. Inc. CS | A | Dividend | J | T | | | | | |
| 95. MFS Int'l New Discovery (X) | A | Dividend | J | T | | | | | |
| 96. Mohawk Industries, Inc. | A | Dividend | K | T | Buy | 02/17/15 | K | | |
| 97. Mondelez Intl. Inc. (X) | A | Dividend | J | T | | | | | |
| 98. Monsanto Co. (X) | A | Dividend | J | T | | | | | |
| 99. JP Morgan Chase & Co. CS | A | Dividend | K | T | | | | | |
| 100. Nestle S.A. (X) | A | Dividend | J | T | | | | | |
| 101. Nike CS | A | Dividend | J | T | | | | | |
| 102. Nuveen VA Prem Income Municipal Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Oceaneering International, Inc. CS | A | Dividend | J | T | | | | | |
| 104. Parker-Hannifin Corp. (X) | A | Dividend | J | T | | | | | |
| 105. Paycom Software Inc. CS | A | Dividend | J | T | Buy | 12/07/15 | J | | |
| 106. Pepsico Inc. (X) | A | Dividend | J | T | | | | | |
| 107. Pfizer Inc. CS | A | Dividend | J | T | | | | | |
| 108. Phillips 66 CS | A | Dividend | J | T | | | | | |
| 109. PHV Corp. (X) | A | Dividend | J | T | | | | | |
| 110. Polaris Industries Inc. | A | Dividend | | | Sold | 04/07/15 | J | | |
| 111. Praxair Inc. (X) | A | Dividend | J | T | | | | | |
| 112. Qualcomm Inc. (X) | A | Dividend | J | T | | | | | |
| 113. Range Resources Corp. (X) | A | Dividend | J | T | | | | | |
| 114. Realty Income Corp. CS | A | Dividend | J | T | | | | | |
| 115. RGC Resources, Inc. CS | A | Dividend | K | T | | | | | |
| 116. Schlumberger LTD CS | A | Dividend | J | T | | | | | |
| 117. Schwab Money Market Fund | A | Dividend | O | T | | | | | |
| 118. Scott & Stringfellow Money Market Fund | A | Dividend | K | T | | | | | |
| 119. Scottrade Money Market Fund | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. J. M. Smucker Co. (X) | A | Dividend | J | T | | | | | |
| 121. Snap On, Inc. CS | A | Dividend | J | T | | | | | |
| 122. Skyworks Solutions, Inc. CS | A | Dividend | | | Sold | 08/31/15 | M | F | |
| 123. Solarwinds Inc. CS | A | Dividend | | | Sold | 06/29/15 | J | | |
| 124. Southern Company CS | A | Dividend | J | T | | | | | |
| 125. Southwest Airlines Co. CS | A | Dividend | | | Sold | 06/01/15 | L | E | |
| 126. Starbucks Corp. CS | A | Dividend | J | T | Buy | 02/23/15 | J | | |
| 127. Suntrust Banks, Inc. CS | C | Dividend | K | T | | | | | |
| 128. Synaptics, Inc. CS | A | Dividend | | | Sold | 08/05/15 | K | D | |
| 129. The Travelers Companies CS | A | Dividend | K | T | | | | | |
| 130. Tyco International, Ltd. CS | A | Dividend | | | Sold | 02/02/15 | J | B | |
| 131. United Technologies Corp. (X) | A | Dividend | J | T | | | | | |
| 132. Valeant Pharm Int'l Inc. (X) | A | Dividend | J | T | | | | | |
| 133. Vanguard Financials ETF | A | Dividend | | | Sold | 08/31/15 | J | A | |
| 134. Victory Munder Mid-Cap Core Growth (X) | A | Dividend | J | T | | | | | |
| 135. VISA Inc. (X) | A | Dividend | J | T | | | | | |
| 136. Verizon Communications CS | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Wells Fargo Bank (checking account)(See Part VIII) | A | Interest | | | Closed | 08/12/15 | J | | |
| 138. Wells Fargo CS | A | Dividend | J | T | | | | | |
| 139. Ziopharm Oncology, Inc. CS | A | Dividend | K | T | Sold (part) | 01/15/15 | K | D | |
| 140. | | | | | Sold (part) | 02/19/15 | L | D | |
| 141. | | | | | Spinoff (from line 83) | 06/12/15 | J | | |
| 142. | | | | | Buy (add'l) | 08/21/15 | K | | |
| 143. Farm, Albemarle Co., VA (1/4 interest) (see Part VIII) X | | None | N | Q | | | | | |
| 144. Davenport & Co. LLC (1/4 interest) X | A | Int./Div. | L | T | | | | | |
| 145. Land, Parcel #127, Albemarle Co., VA (1/3 interest) (see Part VII) X | | None | K | Q | | | | | |
| 146. Land, Parcel #119-600, Albemarle Co., VA (1/3 int) (see Part VIII) X | | None | M | Q | | | | | |
| 147. Land, Parcel #128, Albemarle Co., VA (1/3 int) (see Part VIII) X | | None | K | Q | | | | | |
| 148. Land, Parcel #119-2400, Albemarle Co., VA (1/3 int)(see Part VIII) X | | None | K | Q | | | | | |
| 149. Land, Parcel #14A, City of Charlottesville, VA (1/3 int)(Part VIII) X | | None | K | Q | | | | | |
| 150. Land, 8 parcels, Albemarle Co, VA (1/3 int) (see Part VIII) X | D | Rent | N | Q | | | | | |
| 151. Lowe's Cos. Inc. CS (1/3 interest) X | A | Dividend | L | T | | | | | |
| 152. Colgate Palmolive Co. CS (1/3 interest) X | A | Dividend | L | T | | | | | |
| 153. BB&T Corp. CS (1/3 interest) X | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Caterpillar, Inc, CS (1/3 interest) X | A | Dividend | J | T | | | | | |
| 155. Charlottesville VA Public Imprvmt-Ser. A Munic. Bond (1/3 interest) X | A | Dividend | K | T | | | | | |
| 156. Chesterfield Co VA Econ Dev Ref Juv Cts Ser A Bond (1/3 int) X | A | Dividend | K | T | | | | | |
| 157. Culpeper Co. VA Sch & Ref Bond (1/3 interest) X | B | Dividend | K | T | | | | | |
| 158. Montgomery Co VA Econ Dev AU Ref Bond (1/3 int.) X | A | Dividend | K | T | | | | | |
| 159. Prince William Co VA Pub Imprvmt Bond (1/3 int) X | B | Dividend | K | T | | | | | |
| 160. Roanoke Co Va Econ Dev Auth Hosp Caril Clin Oblg Grp (1/3 int) X | A | Dividend | K | T | | | | | |
| 161. Spotsylvania Co. VA Bond Fund (1/3 int) X | A | Dividend | K | T | | | | | |
| 162. Tennessee St Taxable Ser. D bond (/13 interest) X | A | Dividend | K | T | | | | | |
| 163. Virginia St Clg Bldg Auth Educ Unrefnded Pub Hgr Ed bond (1/3 int) X | A | Dividend | K | T | | | | | |
| 164. Virginia St Clg Bldg Auth Ed 21st Cent Clg & Equip bond (1/3 int) X | B | Dividend | K | T | | | | | |
| 165. Virginia St Hsg Dev Auth Rental Hsg Ser B (1/3 int) X | A | Dividend | K | T | | | | | |
| 166. Virginia St Hsg Dev Auth Homeo Ser B (1/3 int) X | B | Dividend | L | T | | | | | |
| 167. Virginia St Pub Sch Auth Ref Sch Fing Ser C (1/3 int) X | A | Dividend | K | T | | | | | |
| 168. Virginia St Pub Sch Auth Ref Sch Fing 1997 (1/3 int) X | B | Dividend | K | T | | | | | |
| 169. Wellpoint Inc. CS (1/3 interest) X | A | Dividend | K | T | | | | | |
| 170. Western Union Co. CS (1/3 interest) X | A | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Mainstay Goverment Inv. CS (1/3 interest) X | A | Dividend | K | T | | | | | |
| 172. Mainstay High Yield Corp Bond Fund (1/3 interest) X | A | Dividend | L | T | | | | | |
| 173. McDonalds Corp. CS (1/3 interest) X | A | Dividend | J | T | | | | | |
| 174. General Electric Co. CS (1/3 interest) X | A | Dividend | J | T | | | | | |
| 175. Chemours Co. CS (1/3 interest) X | A | Dividend | J | T | | | | | |
| 176. E I DuPont De Nemours & Co. CS (1/3 interest) X | A | Dividend | J | T | | | | | |
| 177. Sprint Nextel Corp. CS (1/3 interest) X | A | Dividend | J | T | | | | | |
| 178. Windstream Holdings Inc. CS (1/3 interest) X | A | Dividend | J | T | | | | | |
| 179. Alcatel-Lucent CS (1/3 interest) X | A | Dividend | J | T | | | | | |
| 180. Deutsche Science & Tech Fund Class A CS (1/3 interest) X | A | Dividend | L | T | | | | | |
| 181. Lord Abbett Affiliated Fund Class A CS (1/3 interest) X | A | Dividend | L | T | | | | | |
| 182. Oppenheimer Equity Fund Class A (1/3 interest) X | A | Dividend | L | T | | | | | |
| 183. Communications Sales & Leasing CS (1/3 interest) X | A | Dividend | J | W | | | | | |
| 184. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1 - appraisal date -May 2004
Part VII, Line 2 - appraisal date - September 1999
Part VII, Line 8 - Actavis adopted Allergan as new corporate global name on June 15, 2015
Part VII, Line 30 & 59 - First Opportunity Fund acquired by Boulder Growth & Income Fund March 20, 2015
Part VII, Line 62 - spouse joint ownership w/parent (deceased)
Part VII, Line 72 - Alphabet, Inc. created Aug. 10, 2015 as parent company of Google, Inc.
Part VII, Line 137 - spouse joint ownership w/parent (deceased)
Part VII, Line 143 - appraisal date - July 2015
Part VII, Line 145 - appraisal date - July 2015
Part VII, Line 146 - appraisal date - July 2015
Part VII, Line 147 - appraisal date - July 2015
Part VII, Line 148 - appraisal date - July 2015
Part VII, Line 149 - appraisal date - July 2015
Part VII, Line 150 - appraisal date - July 2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GLEN E. CONRAD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544